IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| HUMANSCALE CORPORATION, | ) ) ) | Case No. 1:13-cv-535-CMH/IDD |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MASS ENGINEERED DESIGN, INC., et al., | ) ) ) | |
| Defendant | ) ) ) | |

**PLAINTIFF AND DEFENDANTS' JOINT MOTION TO
MODIFY THE SCHEDULING ORDER**

Plaintiff Humanscale Corporation ("Humanscale") and Defendants Mass Engineered Design, Inc. ("Mass") and Jerry Moscovitch ("Moscovitch") (collectively, "Defendants") submit this joint motion seeking a sixty-day extension of the dates set for the completion of discovery and the Final Pretrial Conference in the Court's Scheduling Order (Doc. No. 57). This extension will allow the parties to address three additional patents Defendants added to the litigation after the issuance of the Court's Scheduling Order and the submission of the parties' Amended Joint Proposed Discovery Plan (Doc. No. 61). Under the parties' requested extension, the close of discovery would be set for January 14, 2014, and the Final Pretrial Conference would be set for January 20, 2014, or as soon thereafter as is convenient for the Court.

When the Court issued its Scheduling Order on July 18, 2013, there was only a single patent at issue in this litigation, U.S. Patent No. Re. 36,978. (*See* Doc. No. 57, Doc. No. 55 at Countercl. ¶¶ 4-8.) The Court held a Rule 16(b) conference on July 31, 2013, during which the parties reached agreement on all aspects of the discovery schedule. With the Court's approval,

the parties filed an Amended Joint Proposed Discovery Plan on August 2, 2013, reflecting that agreement. (Doc. No. 61.)

On August 8, 2013, Defendants filed their First Amended Counterclaims, which alleged infringement of three additional patents that had not previously been part of the litigation, U.S. Patent Nos. Re. 42,091; 8,102,331; and 8,462,103. (Doc. No. 68 at ¶¶ 10-24.) Following the filing of Defendants' First Amended Counterclaims, Plaintiff contacted Defendants seeking to extend certain deadlines based on the addition of the additional patents. Subsequently, the parties met and conferred regarding possible extension of the case schedule to accommodate discovery and analysis regarding these additional patents. In order to accommodate Plaintiff's concerns and in order to avoid burdening the Court with contested motions, Defendants have agreed to the proposed modifications of the Scheduling Order set forth herein. Further, the parties have agreed that if the Court grants this Joint Motion and extends the case schedule by sixty (60) days, the parties will submit a Second Amended Joint Proposed Discovery Plan, modifying the discovery schedule as follows:

| PROPOSED AMENDED CASE SCHEDULE | | |
|---|---|---|
| EVENT | CURRENT DATE | PROPOSED DATE |
| Initial Pretrial Scheduling Conference | July 31, 2013 | done |
| Protective Order (Stipulated or by Motion) | August 2, 2013 | done |
| ESI Order | August 2, 2013 | done |

- 3 -

| Rule 26(a)(1) Initial Disclosure | August 9, 2013 | done |
|---|---|---|
| Hearing on Protective Order or ESI Order (if needed) | August 9, 2013 | done |
| Initial Disclosure of Asserted Claims and Infringement Contentions | August 26, 2013 | September 6, 2013 |
| Amended Pleadings | Governed by Rule 15 | Governed by Rule 15 |
| Exchange List of Terms to be Construed | September 4, 2013 | September 18, 2013 |
| Exchange Constructions of Terms to be Construed | September 11, 2013 | September 25, 2013 |
| Meet and Confer Concerning Claim Terms | September 13, 2013 | October 1, 2013 |
| Preliminary Invalidity Contentions | September 13, 2013 | October 10, 2013 |
| Opening Claim Construction Briefs | September 20, 2013 | October 10, 2013 |
| Responsive Claim Construction Briefs | September 27, 2013 | October 22, 2013 |
| *Markman* Hearing | To be Scheduled by the Court | To be Scheduled by the Court |
| Deadline to Waive Privilege in Defense of Willfulness, Production of Documents within Scope of Waiver | October 11, 2013 | November 11, 2013 |

| Expert Disclosures for Party with Burden | October 11, 2013 | November 26, 2013 |
| --- | --- | --- |
| Responsive Expert Disclosures | November 1, 2013 | December 20, 2013 |
| Fact and Expert Discovery Completion | November 15, 2013 | January 14, 2014 |
| Final Pretrial Conference, Exhibit Lists and Witness Lists to be Filed and Served | November 21, 2013, at 10:00 a.m. | January 20, 2014, or as soon thereafter as is convenient for the Court |
| Trial (Estimated at Five – Seven Days) | To be Scheduled by the Court | To be Scheduled by the Court |

The parties submit that this modification of the case schedule will better enable all parties to investigate and present the new issues raised by the additional patents, without adding undue delay. Accordingly, the parties respectfully request that the Court grant this Joint Motion and extend the dates for the close of discovery and the Final Pretrial Conference by sixty (60) days, to January 14, 2014, and January 20, 2014, respectively.

Dated:  August 19, 2013

 /s/ Christopher B. Roth
Christopher B. Roth (VA Bar # 44499)
Frederic M. Meeker (VA Bar. # 34471)
**BANNER & WITCOFF, LTD.**
1100 13th Street, NW, Suite 1200
Washington, DC 20005-4051
Telephone:  202.824.3000
Facsimile:  202.824.3001
croth@bannerwitcoff.com
fmeeker@bannerwitcoff.com

Kurt J. Niederluecke
Adam R. Steinert

        **FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Telephone:  612.492.7000
Facsimile:  612.492.7077
kniederluecke@fredlaw.com
asteinert@fredlaw.com

*Attorneys for Humanscale Corporation*


Dated:  August 19, 2013      /s/ Theodore A. Breiner
Theodore A. Breiner (VA Bar # 20531)
**BREINER & BREINER, L.L.C.**
115 North Henry Street
Alexandria, VA 22314-2903
Telephone: 703.684.6885
Facsimile: 703.684.8206
tbreiner@bbpatlaw.com

John J. Edmonds
Stephen F. Schlather
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1616 Voss Road, Suite 125
Houston, Texas 77057
jedmonds@cepiplaw.com
sschlather@cepiplaw.com

*Attorneys for Mass Engineered Design, Inc.
and Jerry Moscovitch*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2013, I will ELECTRONICALLY FILE the foregoing PLAINTIFF AND DEFENDANTS' JOINT MOTION TO MODIFY THE SCHEDULING ORDER with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>
> Theodore A. Breiner
> BREINER & BREINER, L.L.C.
> 115 North Henry Street
> Alexandria, Virginia 22314-2903
> tbreiner@bbpatlaw.com
>
>
> John J. Edmonds
> Stephen F. Schlather
> COLLINS EDMONDS POGORZELSKI
> SCHLATHER & TOWER, PLLC
> 1616 Voss Road, Suite 125
> Houston, Texas 77057
> jedmonds@cepiplaw.com
> sschlather@cepiplaw.com
>
>
>         /s/ Christopher B. Roth
> Christopher B. Roth (VA Bar # 44499)
> BANNER & WITCOFF, LTD.
> 1100 13th Street, N.W., Suite 1200
> Washington, DC 20005-4051
> Telephone: (202) 824-3000
> Facsimile: (202) 824-3001
> croth@bannerwitcoff.com
>
> Attorney for Plaintiff Humanscale Corporation