IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

HUMANSCALE CORPORATION, )
)
Plaintiff, )
) Civil Action No. 1:13-cv-535
)
v. )
)
MASS ENGINEERED DESIGN, INC., )
et al. )
)
Defendants. )

## CLAIM CONSTRUCTION OF THE PATENTS-IN-SUIT

THIS MATTER comes before the Court for claim construction in accordance with Markman v. Westview Instruments, Inc., 517 U.S. 370 (1996). The following United States Patents are at issue:

- RE36,978 (the "'978 patent"), entitled "Dual Display System," which issued on December 5, 2000

- RE42,091 (the "'091 patent"), entitled "Computer Display Screen System and Adjustable Screen Mount, and Swinging Screens Therefor," which issued on February 1, 2011

- 8,102,331 (the "'331 patent"), entitled "Horizontal Three Screen LCD Display System," which issued on January 24, 2012

- 8,462,103 (the "'103 patent"), entitled "Computer Display Screen System and Adjustable Screen Mount, and Swinging Screens Therefor," which issued on June 11, 2013.

For reasons stated from the Bench, it is hereby

ORDERED:

- that the term "arm" should be construed as part, similar to a human arm, such as the projection from a central support in a machine,; and

- "base/base member/base structure" should be construed as the lowermost portion of the system for resting on a work surface and that supports the arm assembly, arms, or support arm structure above the work surface; and

- "mounting member" should be construed as a member of the support arm structure used for mounting; and

The Court finds that the following terms need no further construction and should be given their plain and ordinary meaning:

- "each of the first computer display and the second computer display is capable of being more vertical than horizontal" ('103 patent); and

- "extendable from a retracted configuration to an extended configuration" ('103 patent); and

- "means for adjusting the angular orientation of each of the displays relative to the arm assembly to thereby permit said displays to be angled toward each other to a desired degree" ('978 patent); and

- "means for adjusting the angular orientation of each of the display relative to the arm assembly about a generally vertical axis to thereby permit said displays to be angled relative to each other to a desired degree" ('978 patent); and

- "mounting means for mounting the displays to the arm assembly" ('978 patent); and

- "positioning means for positioning displays" ('978 patent); and

- "rest[ing] . . . on a surface" ('091, '331, and '103 patents); and

- "resting on a counter" ('103 patent); and

- "stand[ing] on [a/the] . . . surface" ('978 patent); and

- "support arm structure [having a single piece support arm]" ('331 patent); and

- "support means for supporting the arm assembly from the base member" ('978 patent); and

- "support means having a base for supporting the arm assembly above a support surface" ('978 patent); and

- "support surface" ('978 patent); and
- "the ends are oriented vertically" ('103 patent).

Additionally, the parties have agreed to construe the following terms accordingly:

- "oldie arm" ('331 patent) should be construed as of the arm; and
- "a plane asymmetry" ('331 patent) should be construed as a plane of symmetry; and
- "connector means for connecting one of the displays to the arm at positions spaced along the arm, whereby the spacing between the displays can be adjusted" ('978 patent) should be construed as Function: connecting one of the displays to the arm at positions spaced along the arm, whereby the spacing between the displays can be adjusted. Structure: socket 202, socket 204, plug 194 and bolt 200, plus equivalents; and
- "external fastening element" ('331 patent) should be construed as a component that is initially outside the support arm structure and the support column, and which secures the support arm structure to the support column; and
- "integral" ('091 patent) should be construed as one piece; and

The Court adopts the foregoing constructions of the claims.

It is so ORDERED.

                                            /s/
                                 Claude M. Hilton
                             United States District Judge

Alexandria, Virginia
January 10, 2014