# ** CIVIL MOTION MINUTES **

Date: 1/24/14                    Judge: Hilton
                                 Reporter: Westfall
Time: 10:05 – 10:25


Civil Action Number:   1:13cv535

Humanscale Corporation vs. Mass Engineered Design, Inc., et al.

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| Frederick Meeker | Elizabeth Waller |
| Kurt Niederluecke | Stephen Schlather |
|  | John Edmonds |

Appearance of Counsel.

Plaintiff's [104] Motion for Summary Judgment of Noninfringement – Argued and Denied.