IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HUMANSCALE CORPORATION, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 1:13-CV-535 ) |
| MASS ENGINEERED DESIGN, INC., et al., | ) ) ) |
| Defendants. | ) ) |

### ORDER

THIS MATTER comes before the Court on Plaintiff's Humanscale Corporation Motion to Limit the Number of Patent Claims Defendants May Assert at Trial. For reasons stated from the bench, it is hereby

ORDERED that Plaintiff's Motion is DENIED.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
February 21, 2014